AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SYLVIA WEIR ANDERSON, | ) | Case No.   18-6430-HUNT |
| a/k/a "Rochelle Johnson," | ) | |
| a/k/a "Ann Marie Jones," | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 30, 2012_____ in the county of _____Broward_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 1425(a) | The defendant, SYLVIA WEIR ANDERSON, a/k/a "Rochelle Johnson," a/k/a "Ann Marie Jones," on or about November 30, 2012, did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SCOTT J. UNGER, HSI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/14/2018_____

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____          PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT**

I, Scott Unger, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), Fort Lauderdale, Florida, and have been so employed since July 2012.  My current responsibilities include the investigation of criminal and administrative violations related to the Immigration and Nationality Act and other federal criminal offenses.

2.      This affidavit is being submitted for the limited purpose of establishing probable cause to believe that SYLVIA WEIR ANDERSON, a/k/a "Rochelle Johnson," a/k/a "Ann Marie Jones," did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a).  Accordingly, this affidavit does not contain all the facts known to me concerning this investigation.  The facts contained in this affidavit are based on my personal knowledge and information provided to me by others, including other members of law enforcement.

3.      The Defendant arrived at Miami International Airport on July 28, 1992 on a flight from Jamaica.  She presented a United States birth certificate, social security card and Florida driver's license, all in the name of Johnson.  During secondary inspection, the Defendant stated that her name is Jones, that she is a citizen of Jamaica, and that she found the documents in the name of Johnson and decided to use them.  The Defendant reported her date of birth as September 28, XXXX.  The Defendant was fingerprinted, and paroled into the United States pending a hearing before an immigration judge.  The Defendant did not appear for her hearing held on November 5, 1992.  In her absence, an immigration judge ordered the Defendant to be excluded from admission into the United States and deported from the United States.

4.      On November 30, 2012, a Certificate of Naturalization was issued to the Defendant in the name of ANDERSON, with a date of birth of August 27 of the same year she reported upon her arrival at Miami International Airport on July 28, 1992.  The two dates of birth are one month and one day apart.

5.      On November 20, 2012, an immigration official witnessed the Defendant sign her N-400 Application for Naturalization.  In connection with the application, the Defendant submitted fingerprints on or about August 30, 2012.  Further, the application asked:

- Have you **ever** claimed to be a U.S. citizen (*in writing or any other way*)?
- Have you **ever** been arrested, cited, or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?
- Have you **ever** given false or misleading information to any U.S. Government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?"
- Have you **ever** lied to any U.S. Government official to gain entry or admission into the United States?
- Have you **ever** been ordered to be removed, excluded, or deported from the United States?

The Defendant answered "no" to all of the above questions.  The Defendant's misstatements were material.

6.      A records check shows that the Defendant, as ANDERSON, entered the United States in September 1990.  The Defendant had a B1/B2 visa to remain in the United States until later in 1990. In 2002, the Defendant completed a Supplement A to Form I-485 Adjustment of Status Under Section 245(i) seeking to adjust her status to that of a lawful permanent residence. That application was not approved, and in 2005, the Defendant, as ANDERSON, submitted a new application which was approved in 2007.  In connection with her approved application, the Defendant submitted

fingerprints on or about February 15, 2006.

7.     A comparison of the fingerprints submitted by the Defendant in 1992 with the ones submitted by the Defendant in 2006 and 2012 are a match.

8.     Based on the foregoing, Your Affiant submits that there is probable cause to believe that SYLVIA WEIR ANDERSON, a/k/a "Rochelle Johnson," a/k/a "Ann Marie Jones," did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a)..

SCOTT J. UNGER,
HSI SPECIAL AGENT

Sworn to and subscribed before me on this 14th day of September 2018.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

UNITED STATES OF AMERICA

vs.

**SYLVIA WEIR ANDERSON,**
a/k/a "Rochelle Johnson,"
a/k/a "Ann Marie Jones,"

     **Defendant.**

_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes  __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
KAREN O. STEWART
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0691011
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
TEL (954) 660-5798
FAX (954) 356-7255